# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-1938
Lower Tribunal No. 2022-CC-1009

———————————————

THE PORT CHARLOTTE POST NO 110 THE AMERICAN LEGION DEPARTMENT OF FLORIDA, INC.,

Appellant,

v.

CAROLINA RUSSELL d/b/a CAFE 110,

Appellee.

———————————————

Appeal from the County Court for Charlotte County.
Peter A. Bell, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and GANNAM, JJ., concur.


Elias Mahshie, of Mahshie & DeCosta P.A., Punta Gorda, for Appellant.

Christopher M. Sierra, of Christopher M. Sierra, P.A., Largo, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED